RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Tyren Dillon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TYREN DILLON,<br><br>        Defendant. | Case No. 2:19-cr-00005-JCM-BNW<br><br>**STIPULATION TO ADVANCE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Tyren Dillon, that the Sentencing Hearing currently scheduled on May 19, 2021, be advanced to April 14, 2021, at 10:00 a.m.

This Stipulation is entered into for the following reasons:

1. Government counsel is unavailable on May 19, 2021, and for the sake of continuity of counsel, the parties request the sentencing be advanced for counsel's presence.

2. The defendant is out of custody and agrees with the need for the advancement of the sentencing hearing.

3. The parties agree to the advancement of the sentencing hearing.

This is the first request for an advancement of the Sentencing Hearing.

DATED this 29th day of March, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Nisha Brooks-Whittington<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By /s/ Kevin D. Schiff<br>KEVIN D. SCHHIFF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>TYREN DILLON,<br><br>      Defendant. | Case No. 2:19-cr-00005-JCM-BNW<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that Sentencing Hearing currently scheduled for May 19, 2021, at the hour of 10:00 a.m., be advanced to April 14, 2021, at the hour of 10:00 a.m.

DATED March 29, 2021.

_____
UNITED STATES DISTRICT JUDGE